IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUTH SLACK                            :
                                      :
         vs.                          :         CIVIL ACTION NO.
                                      :         02-3468
BAYER CORPORATION, ET AL              :

## ORDER

     **AND NOW,** this   day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]   - Order staying these proceedings pending disposition of a related action.

- [ ]   - Order staying these proceedings pending determination of arbitration proceedings.

- [ ]   - Interlocutory appeal filed

- [X]   - Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transfering case to District of Minnesota.</u>

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
R. Barclay Surrick, J.

Civ. 13 (8/80)